35 A.3d 1215

Willie STOKES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 106 EM 2011.

Supreme Court of Pennsylvania.

Jan. 25, 2012.

## ORDER

PER CURIAM.

AND NOW, this 25th day of January, 2012, the Application for Leave to File Original Process is **GRANTED**. To the extent that the Petition for Writ of Mandamus and/or Extraor-

dinary Relief requests extraordinary relief, it is **DENIED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANT-ED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.